So Ordered.

Signed this 26 day of June, 2018.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:
    GARY P. SHIELDS,　　　　　　　　　　　　CASE No. 14-12541

                  Debtor　　　　　　　　　　　　Chapter 13

### ORDER DENYING MOTION AND AWARDING FEES

UPON the Motion for Relief from Automatic Stay filed by Friedman Vartolo LLP on behalf of BSI Financial Services as servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust [hereinafter "Movant"], and the Response filed by Sandra Poland Demars, Esq. on behalf of the Debtor; and

UPON the hearings held on June 21, 2018 and Sandra Poland Demars, Esq. having appeared on behalf of the Debtor, and Bonnie Baker, Esq. having appeared on behalf of the Chapter 13 Trustee, and James Melita, Esq. having appeared as local counsel on behalf of Movant; over the opposition of James Melita, Esq., it is HEREBY

ORDERED, that the motion for relief from stay is denied; and it is further

ORDERED, that Movant shall pay to Debtor's attorney, Sandra Poland Demars, Esq., the amount of $500.00 for attorneys' fees within 15 days of the entry of this Order.

###